1

2   CHRIS ZHEN (State Bar No. 275575)
    chris.zhen@zhenlawfirm.com
3   HOGAN GANSCHOW (State Bar No. 256137)
    hogan.ganschow@zhenlawfirm.com
4   ZHEN LAW FIRM
    5670 Wilshire Blvd #1800
5   Los Angeles, CA 90036
    Telephone: (213) 935-0715
6

7   *Attorneys for Plaintiff*
    OptraHealth, Inc.
8

9                 **IN THE UNITED STATES DISTRICT COURT**

10

11              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12

13  OPTRAHEALTH, INC.,                        Case No.: 3:20-cv-8096

14              Plaintiff,

15  vs.                                       **CERTIFICATE OF INTERESTED
                                              ENTITIES OR PERSONS**
16  BOTSCREW, INC.,

17              Defendant.

18

19

20

21

22

23

24

25

26

27

28                                    -1-
    CERTIFICATE OF INTERESTED ENTITIES OR PERSONS      CASE NO.: 3:20-CV-8096

1      Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

2 named parties, there is no such interest to report. Signature, Attorney of Record.

3

4

                                                    Respectfully Submitted,

5

6 Dated: November 17, 2020                 ZHEN LAW FIRM

7

8                                           By: */s/ Chris J. Zhen*_____

9                                           Chris J. Zhen (State Bar No. 275575)
Hogan Ganschow (State Bar No. 256137)

10                                           ZHEN LAW FIRM
5670 Wilshire Blvd #1800

11                                           Los Angeles, CA 90036

12                                           Telephone: (213) 935-0715
chris.zhen@zhenlawfirm.com

13                                           hogan.ganschow@zhenlawfirm.com

14                                           *Attorneys for Plaintiff, OptraHealth, Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS      CASE NO.: 3:20-CV-8096