AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     BotsCrew, Inc.  c/o  Gust Delaware, Inc.

was received by me on *(date)*    12/11/2020

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Allison Rathmanner    , who is

designated by law to accept service of process on behalf of *(name of organization)*    BotsCrew, Inc.
c/o Gust Delaware, Inc. / Delaware.com
c/o Harvard Business Services, Inc.    on *(date)*   12/15/2020  0900 hrs
16192 Coastal Hwy., Lewes, Delaware  19958

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $   110.00   for travel and $   -------   for services, for a total of $   110.00

I declare under penalty of perjury that this information is true.

Date:   12/15/2020

_____
*Server's signature*

David W. Behr  /  Private Investigator
*Printed name and title*

P.O. Box 3939   Ocean City, Maryland  21843
*Server's address*

Additional information regarding attempted service, etc: