1  CHRIS ZHEN (State Bar No. 275575)
   chris.zhen@zhenlawfirm.com
2  HOGAN GANSCHOW (State Bar No. 256137)
   hogan.ganschow@zhenlawfirm.com
3  ZHEN LAW FIRM
   5670 Wilshire Blvd #1800
4  Los Angeles, CA 90036
   Telephone: (213) 935-0715
5

6  *Attorneys for Plaintiff*
   OptraHealth, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTRAHEALTH, INC., | Case No.  3:20-cv-8096 |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | New response date: March 27, 2021 |
| BOTSCREW, INC., | |
| Defendant. | |

1    Plaintiff OptraHealth, Inc. ("Plaintiff") and Defendant Botscrew, Inc. ("Defendant"), by and
2 through their respective counsel of record, hereby stipulate as follows:
3    WHEREAS, Defendant recently retained counsel to represent it in this case;
4    WHEREAS, the parties are currently engaged in continuing and active settlement
5 discussions in an attempt to resolve the issues raised in the Complaint;
6    WHEREAS, pursuant to Local Civil Rule 6-1, the parties have agreed to an extension of
7 time for Defendant to respond to the Complaint to March 27, 2021;
8    WHEREAS, no prior extensions of time have been requested or granted;
9    THEREFORE, IT IS HEREBY STIPULATED that the time for Defendant to respond to the
10 Complaint shall be extended to March 27, 2021.

Respectfully Submitted,

DATED: January 26, 2021          **THE ZHEN LAW FIRM**

                                 By:   /s/ *Chris Zhen*
                                       Chris Zhen

                                 Attorney for Plaintiff

DATED: January 27, 2021          **THE MORROW FIRM**

                                 By:   /s/ *Xinlin Li Morrow*
                                       Xinlin Li Morrow

                                 Attorney for Defendant

Case No. 3:20-cv-8096 | 1 | STIP TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT