Xinlin Li Morrow (State Bar No. 281707)
xinlin@morrowfirm.com
The Morrow Firm, P.C.
1880 Century Park E. Suite 815
Los Angeles, CA 90067
(213) 282-8166

*Attorneys for Defendant*
BotsCrew, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| OPTRAHEALTH, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BOTSCREW, INC.,<br><br>Defendant. | Case No. 5:20-cv-08096-EJD<br><br>**DECLARATION OF XINLIN LI MORROW IN SUPPORT OF BOTSCREW, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)**<br><br>Date:         June 3, 2021<br>Time:        9:00 a.m.<br>Judge:       Honorable Edward J. Davila<br>Courtroom: 4 |

I, Xinlin Li Morrow, declare as follows:

1. I am an attorney at law duly licensed to practice in California. I am admitted to practice before this Court. I am an attorney at the Morrow Firm, counsel of record for Defendant BotsCrew, Inc. ("BotsCrew") in this action. I make this declaration in support of BotsCrew's Motion to Dismiss for Failure to State a Claim under Rule 12(b)(6). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of United States Provisional Patent Application No. 62/576319, filed on October 24, 2017.

3. Attached hereto as **Exhibit B** is a true and correct copy of a letter from Plaintiff's counsel to BotsCrew dated October 26, 2020, which is also referenced in paragraph 21 of the Complaint.

4. Attached hereto as **Exhibit C** is a true and correct copy of a webpage, also available at https://botscrew.com/chatbot-development-team, from BotsCrew's website, the same website from which Exhibit 2 of the Complaint is exported.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 29, 2021, at Los Angeles, California.

                                          */s/ Xinlin Li Morrow*
                                          Xinlin Li Morrow