# Exhibit A

PTO/SB/16 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

# PROVISIONAL APPLICATION FOR PATENT COVER SHEET – Page 1 of 2

This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c).

**Express Mail Label No.** _____

## INVENTOR(S)

| Given Name (first and middle [if any]) | Family Name or Surname | Residence (City and either State or Foreign Country) |
|---|---|---|
| Abhijeet Sharadchandra | Gholap | Cupertino, CA |
| | | |
| | | |
| | | |

Additional inventors are being named on the _____ separately numbered sheets attached hereto.

## TITLE OF THE INVENTION (500 characters max):

Artificial Intelligence in Healthcare Report Interpretation

## CORRESPONDENCE ADDRESS

Direct all correspondence to:

[ ] The address corresponding to Customer Number: _____

**OR**

[✓] Firm or Individual Name: Abhijeet Sharadchandra Gholap

Address: 10171 Carmen Road

City: Cupertino    State: CA    Zip: 95014
Country: US    Telephone: 4085649019    Email: abhi@optraventures.com

## ENCLOSED APPLICATION PARTS (check all that apply)

[ ] Application Data Sheet. See 37 CFR 1.76.
[ ] CD(s), Number of CDs _____
[✓] Drawing(s)  Number of Sheets _____
[ ] Other (specify) _____
[✓] Specification (e.g., description of the invention)  Number of Pages _____

**Fees Due:** Filing Fee of $260 ($130 for small entity) ($65 for micro entity). If the specification and drawings exceed 100 sheets of paper, an application size fee is also due, which is $400 ($200 for small entity) ($100 for micro entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

## METHOD OF PAYMENT OF THE FILING FEE AND APPLICATION SIZE FEE FOR THIS PROVISIONAL APPLICATION FOR PATENT

[✓] Applicant asserts small entity status. See 37 CFR 1.27.

[ ] Applicant certifies micro entity status. See 37 CFR 1.29.
    Applicant must attach form PTO/SB/15A or B or equivalent.

[ ] A check or money order made payable to the *Director of the United States Patent and Trademark Office* is enclosed to cover the filing fee and application size fee (if applicable).

[ ] Payment by credit card. Form PTO-2038 is attached.

[ ] The Director is hereby authorized to charge the filing fee and application size fee (if applicable) or credit any overpayment to Deposit Account Number: _____.

**130**

**TOTAL FEE AMOUNT ($)**

### USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT

This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 10 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/16 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

## PROVISIONAL APPLICATION FOR PATENT COVER SHEET – Page 2 of 2

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

[✓] No.

[ ] Yes, the invention was made by an agency of the U.S. Government. The U.S. Government agency name is: _____

[ ] Yes, the invention was made under a contract with an agency of the U.S. Government. The name of the U.S. Government agency and Government contract number are: _____

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

SIGNATURE _[signature]_     DATE  10/24/2017

TYPED OR PRINTED NAME  Abhijeet Sharadchandra Gholap     REGISTRATION NO. _____
(if appropriate)

TELEPHONE  4085649019     DOCKET NUMBER  TPP39761

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Artificial Intelligence in Healthcare Report interpretation

## FIELD OF THE INVENTION

5

The present invention relates generally to a method for clinical tracking system. More specifically, the present invention is a method for a clinical tracking system that offers patients a clinical report with interpretation and guidance.

10

## BACKGROUND OF THE INVENTION

Communication is essential for the effective delivery of health care and is one of the most powerful tools in a clinician's arsenal. There is often a mismatch between a

15 clinician's level of communication and a patient's level of comprehension. Evidence shows that patients often misinterpret or do not understand much of the information given to them by clinicians. This lack of understanding leads to medication errors, missed appointments, adverse medical outcomes, and even malpractice lawsuits.

American Medical Association reports that 89 to 90 million adults in the United
20 States have limited health literacy. Hospitals see patients every day who have trouble reading and understanding health information. In addition, even persons with adequate skills may have trouble understanding and applying health care information, especially when it is explained in technical, unfamiliar terms. Patients may be verbally articulate and appear well-educated and knowledgeable, yet fail to grasp disease concepts or
25 understand how to carry out medication regimens properly. Many times, patients start googling various medical words in reports, creating more confusions and panic owing to non-contextual search results.

30                BRIEF DESCRIPTION OF THE DRAWINGS

1

FIG. **1** is a flow chart of the present invention;

FIG. **2** is an illustration of the components of the present invention;

FIG. **3** is an illustration of the ontologies;

FIG. **4** is a flow chart of the present invention.

5

DETAIL DESCRIPTIONS OF THE INVENTION

10 All illustrations of the drawings are for the purpose of describing selected versions of the present invention and are not intended to limit the scope of the present invention.

The preferred embodiment of the present invention may be referred to hereinafter as "Optra.Guru". Optra.Guru offers an AI based clinical report with interpretation and guidance. This process is shown in FIG. 1. FIG. 2 shows an overview of the components 15 of the present invention.

Optra.Guru Core Engine Features:
- The following are key features provided by NLP and ML based engines:
    - Contextual Search
20  - Context Controlled Summarization
    - Auto-curation and Associative Information Extraction
    - Learning through Feedback Mechanism
    - Domain based Advanced Named Entity Recognition(NER) and Codification
25  - Hidden Relationship Extraction and Network
    - Document Classification and Similarity
    - Integrated Knowledgebase of public data sources and Ontologies.
- Auto-curation and Associative Information Extraction:
    - Complete end-to-end pipeline, Doc. Ingestion -> Pre-Processing ->
30        Filtering -> Extraction -> Updating
    - Configurable and dynamic schema support

2

- - - System learns through interaction with human curator and feedback
    - Auto Curation with manual validation leads to greatest possible accuracy with error free results
    - Increases productivity and decreases time to curate document
- Domain based Advanced Named Entity Mapping and Codification:
  - Applied to Gene, Disease, Drugs, Chemicals, Indications domains:
    - Identifying and validating the inputs like clinical notes, medical records, past history
    - Apply NLP and ontologies for identifying bio-medical relations between terms, phrases and concepts
    - Entity Mapping between terms and codes such as ICD10, NCD
  - System improves through interactions and as it is used to define the relevancy by user over the period.

With over 200 persons, months of efforts to curate, filter, an index 65 million records. The ontologies, are further indexed to have relationships of the magnitude appx 15 * X (where X is the number of Unique Concepts). This is shown in FIG. 3. For example, Health Ontology itself have 85,101,174 IsA Relations.

Although the invention has been explained in relation to its preferred embodiment, it is to be understood that many other possible modifications and variations can be made without departing from the spirit and scope of the invention.

3



FIG. 1



FIG. 2

| Ontology | Unique Concepts |
|---|---|
| health | 5,376,526 |
| Chemical | 1,682,844 |
| Drug | 5,53,442 |
| Food | 3,751,617 |
| Biology | 8,664,066 |
| Disease | 8,975,178 |
| Others | 3,415,073 |
| ICD 10 | 2,12,445 |
| MeSH | 2,377,973 |

FIG. 3



FIG. 4