# **Exhibit C**

# Ambitious team. Big deals

⊗   Hello, feel free to ask me anything. I'm here to help :)

# What is BotsCrew?

BotsCrew is the global leader in Chatbots Development with offices in London, UK, and Lviv, Ukraine.

Founded in 2016, BotsCrew designs and develops custom AI chatbots to help small and medium enterprises bring stellar customer experience to their markets. Our well-trained AI chatbots ensure 24/7 customer support, workplace routine automation and high user engagement in Law, e-Commerce, Travel, Healthcare, Real Estate, and many other industries.

With about half a hundred chatbots developed within the last two years, BotsCrew team has already gained global recognition as experienced conversational designers, AI chatbot developers, NLP experts, chatbot trainers, and QA engineers.

# Our mission

## - Disrupt the way people interact with machines to speed-up the world.

Human-machine communication has long become a part of our daily life. Smartphones, laptops, and personal assistants are already at our fingertips, ready to respond to our commands. With AI chatbots, we can take this communication another step further. Our mission is to create chatbots able to disrupt the current status quo and provide even faster processing, faster answers, faster and smarter results. Join us in the new world empowered by chatbots!

# Our vision

## - To Eliminate mundane tasks by creating virtual assistants so people can concentrate on things that matter.

We believe that humans are inherently creative and deserve interesting, engaging, and inspiring jobs, that's why we want to eliminate highly repeatable and programmable tasks from the list of their daily duties. By creating AI virtual

Hello, feel free to ask me anything. I'm here to help :)

assistants, we enable professionals to quickly and efficiently solve routine chores so that they can concentrate on things that really require a human touch.

# Our team

We are the team of innovators. We truly believe in what we do and see the future of chatbots as a new Era. And we are all friends. Letˋs bot together!

**Max**

Co-Founder

**Nazar**

Co-Founder

**Oleh**

Co-Founder

Become one of us (https://botscrew.com/careers)

(http://instagram.com/bots.crew)

ⓧ   Hello, feel free to ask me anything. I'm here to help :)



Follow us

## BotsCrew

Cases (https://botscrew.com/cases)

Blog (https://botscrew.com/blog)

Team (https://botscrew.com/chatbot-development-team)

Careers (https://botscrew.com/careers)

Contact Us (https://botscrew.com/#contact)

## Cases

Ailira (https://botscrew.com/cases/ailira)

IVA (https://botscrew.com/cases/iva)

ReVA (https://botscrew.com/cases/chatbot-for-real-estate)

Dr. Dean (https://botscrew.com/cases/healthcare-%D1%81hatbot-that-provides-information-on-health-condition)

Musement (https://botscrew.com/cases/musement)

## Links

Facebook (https://www.facebook.com/botsmarket)

Instagram (https://www.instagram.com/bots.crew/)

LinkedIn (https://www.linkedin.com/company/15139837)

## Locations

🇬🇧 20 Eastbourne Terrace, London W2 6LG

🇺🇦 223V, B.Khmelnytskoho str, Lviv, Ukraine

🇦🇺 Suite 8/154 Fullarton Road, Rose Park, Adelaide, South Australia 5067

Hello, feel free to ask me anything. I'm here to help :)

Twitter (https://twitter.com/Bots_Crew)     🇺🇸 548 Market St #39969, San Francisco, California 94104, USA

Copyright © 2016 - 2020 BotsCrew. All rights reserved.

ⓧ Hello, feel free to ask me anything. I'm here to help :)