Xinlin Li Morrow (State Bar No. 281707)
xinlin@morrowfirm.com
The Morrow Firm, P.C.
1880 Century Park E Suite 815
Los Angeles, CA 90067

*Attorneys for Defendant
BotsCrew, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTRAHEALTH, INC., | Case No. 3:20-cv-8096-EJD |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| BOTSCREW, INC., | |
| Defendant. | |

1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.

DATED: April 2, 2021     **THE MORROW FIRM**

By: ___/s/ Xinlin Li Morrow___
          Xinlin Li Morrow

*Attorneys for Defendant BotsCrew, Inc.*