1    CHRIS ZHEN (State Bar No. 275575)
     chris.zhen@zhenlawfirm.com
2    HOGAN GANSCHOW (State Bar No. 256137)
     hogan.ganschow@zhenlawfirm.com
3    ZHEN LAW FIRM
     5670 Wilshire Blvd #1800
4    Los Angeles, CA 90036
     Telephone: (213) 935-0715
5

6    *Attorneys for Plaintiff*
     OptraHealth, Inc.
7

8    Xinlin Li Morrow (State Bar No. 281707)
     xinlin@morrowfirm.com
9    The Morrow Firm, P.C.
     1880 Century Park E Suite 815
10   Los Angeles, CA 90067

11   *Attorneys for Defendant*
     BotsCrew, Inc.
12

13                 **IN THE UNITED STATES DISTRICT COURT**

14

15             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16                         **SAN JOSE DIVISION**

17

18   OPTRAHEALTH, INC.,                     Case No.  5:20-cv-8096-EJD

19                 Plaintiff,               **JOINT STIPULATION AND**
                                            **[PROPOSED] ORDER TO EXTEND**
20                                          **TIME TO FILE OPPOSITION AND**
            v.                              **REPLY PAPERS FOR BOTSCREW,**
21                                          **INC.'S MOTION TO DISMISS**

22   BOTSCREW, INC.,

23                 Defendant.

24

25

26

27

28

     Case No. 5:20-cv-08096-EJD        **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND**
                                        **TIME TO FILE OPPOSITION AND REPLY PAPERS FOR MTD**

Plaintiff OptraHealth, Inc. ("Plaintiff") and Defendant BotsCrew, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and request that the Court grant an extension of time to file the opposition to Defendant's Motion to Dismiss for Failure to State a Claim Under Rule 12(B)(6), set for hearing on June 3, 2021 (the "Motion").

Good cause exists for the extension of time:

1.     Defendant filed its Motion on March 29, 2021. Plaintiff's opposition papers to Defendant's Motion are currently due on April 12, 2021, and Defendant's replay papers are due on April 19, 2021.

2.     In addition to preparing the opposition papers, Plaintiff seeks to amend the Complaint to address issues raised in Defendant's Motion.

3.     Currently one of Plaintiff's executive officers and inventors of the Patent-In-Suit is unavailable to consult on the amendment to the Complaint and opposition papers; Plaintiff seeks more time to adequately prepare the papers.

4.     The parties have agreed to grant Plaintiff a one-week extension to file its opposition brief and grant Defendant a one-week extension to file its reply brief. Under the new schedule, opposition papers are due for filing on or before April 19, 2021 and replay papers are due for filing on or before May 3, 2021.

Respectfully Submitted,

DATED: April 7, 2021                    **THE ZHEN LAW FIRM**

By:  _____*/s/ Chris Zhen*_____
                                         Chris Zhen
                             Attorneys for Plaintiff

1

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY PAPERS FOR MTD**

1    DATED: April 7, 2021                    **THE MORROW FIRM**

2

3                                            By: _____ */s/ Xinlin Li Morrow* _____
                                                       Xinlin Li Morrow
4

5                                            Attorneys for Defendant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND
                                                        TIME TO FILE OPPOSITION AND REPLY PAPERS FOR MTD**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Opposition to the Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) is due by April 19, 2021 and the Defendant's Reply is due by May 3, 2021.

Dated: April, ____, 2021

_____
UNITED STATES DISTRICT JUDGE
THE HONORABLE EDWARD J. DAVILA