1  CHRIS ZHEN (State Bar No. 275575)
   chris.zhen@zhenlawfirm.com
2  HOGAN GANSCHOW (State Bar No. 256137)
   hogan.ganschow@zhenlawfirm.com
3  ZHEN LAW FIRM
   5670 Wilshire Blvd #1800
4  Los Angeles, CA 90036
   Telephone: (213) 935-0715
5

6  *Attorneys for Plaintiff OptraHealth, Inc.*

7  Xinlin Li Morrow (State Bar No. 281707)
   xinlin@morrowfirm.com
8  The Morrow Firm, P.C.
   100 Bayview Cir, Ste 100
9  Newport Beach, CA 92660

10
   *Attorneys for Defendant BotsCrew, Inc.*
11

12            **IN THE UNITED STATES DISTRICT COURT**

13       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14

15                    **SAN JOSE DIVISION**

16

17 OPTRAHEALTH, INC.,
                                          Case No.  5:20-cv-8096-EJD
18            Plaintiff,
                                          **STIPULATION AND ORDER OF**
19 v.                                     **DISMISSAL**

20

21 BOTSCREW, INC.,

22            Defendant.

23

24

25

26

27

28

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff OptraHealth, Inc. ("Plaintiff") and

2  Defendant BotsCrew, Inc. ("Defendant"), by and through their respective undersigned counsel,

3  hereby STIPULATE and AGREE as follows:

4    1.    All claims asserted by Plaintiff in this Action are dismissed with prejudice;

5    2.    Each party shall bear its own costs and attorneys' fees with respect to the matters

6  dismissed hereby;

7    3.    The parties each expressly waive any right to appeal or otherwise move for relief

8  from this Stipulation and Order;

9    4.    This Court retains jurisdiction over the parties for purposes of enforcing this

10  Stipulation and Order; and

11    5.    This Stipulation and Order shall finally resolve the Action between the parties.

12

13                        Respectfully Submitted,

14  DATED: August 23, 2021         **THE ZHEN LAW FIRM**

15                        By: */s/ Chris Zhen*
16                        Chris Zhen (State Bar No. 275575)
                          chris.zhen@zhenlawfirm.com
17                        Hogan Ganschow (State Bar No. 256137)
                          hogan.ganschow@zhenlawfirm.com
18                        Zhen Law Firm
                          5670 Wilshire Blvd #1800 Los Angeles, CA 90036
19                        Telephone: (213) 935-0715

20                        *Attorneys for Plaintiff OptraHealth, Inc.*

21  DATED: August 23, 2021         **THE MORROW FIRM**

22
                          By: */s/ Xinlin Li Morrow*
23                        Xinlin Li Morrow (State Bar No. 281707)
                          xinlin@morrowfirm.com
24                        The Morrow Firm, P.C.
                          100 Bayview Cir, Ste 100
25                        Newport Beach, CA 92660
                          Telephone: (213) 282-8166
26

27                        *Attorneys for Defendant BotsCrew, Inc.*

28

1

2  IT IS SO ORDERED this _____ day of _____, 2021.

3

4                                            _____

5                                            The Honorable Edward J. Davila
                                             U.S. District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28