CHRIS ZHEN (State Bar No. 275575)
chris.zhen@zhenlawfirm.com
HOGAN GANSCHOW (State Bar No. 256137)
hogan.ganschow@zhenlawfirm.com
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-0715

*Attorneys for Plaintiff OptraHealth, Inc.*

Xinlin Li Morrow (State Bar No. 281707)
xinlin@morrowfirm.com
The Morrow Firm, P.C.
100 Bayview Cir, Ste 100
Newport Beach, CA 92660

*Attorneys for Defendant BotsCrew, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| OPTRAHEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOTSCREW, INC., <br><br> Defendant. | Case No.  5:20-cv-8096-EJD <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

Case No. 5:20-cv-08096-EJD   -1-   **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff OptraHealth, Inc. ("Plaintiff") and Defendant BotsCrew, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by Plaintiff in this Action are dismissed with prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4. This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5. This Stipulation and Order shall finally resolve the Action between the parties.

Respectfully Submitted,

DATED: August 23, 2021        **THE ZHEN LAW FIRM**

By: */s/ Chris Zhen*
Chris Zhen (State Bar No. 275575)
chris.zhen@zhenlawfirm.com
Hogan Ganschow (State Bar No. 256137)
hogan.ganschow@zhenlawfirm.com
Zhen Law Firm
5670 Wilshire Blvd #1800 Los Angeles, CA 90036
Telephone: (213) 935-0715

*Attorneys for Plaintiff OptraHealth, Inc.*

DATED: August 23, 2021        **THE MORROW FIRM**

By: */s/ Xinlin Li Morrow*
Xinlin Li Morrow (State Bar No. 281707)
xinlin@morrowfirm.com
The Morrow Firm, P.C.
100 Bayview Cir, Ste 100
Newport Beach, CA 92660
Telephone: (213) 282-8166

*Attorneys for Defendant BotsCrew, Inc.*

Case No. 5:20-cv-08096-EJD        -2-        **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

1
2   IT IS SO ORDERED this   25   day of   August  , 2021.
3
4                                          _____
                                           The Honorable Edward J. Davila
5                                          U.S. District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28